UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT A. PANELLA**;**<br>D PANELLA**;**<br>GENERAL TRAILER, INC**.**, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-02083-JAM-AC<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), and the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 3/3/2016        /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE